**Order entered March 6, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00015-CV

**JAMES DAVID HORTON AND ROBBIE LESA HORTON, Appellants**

**V.**

**SUSAN MARTIN, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-11551**

## ORDER

We **GRANT** appellants' March 3, 2015 motion for leave to file amended brief and

**ORDER** the brief tendered to the Clerk of the Court on March 3, 2015 be filed as of the date of

this order.

/s/     CRAIG STODDART
         JUSTICE